1026

No. 85–6017.   DALY *v.* BAILEY.   Sup. Ct. Conn.   Certiorari denied.

No. 85–6018.   GLOVER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–6020.   DEMOURA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–6021.   DRAPER *v.* VIRGINIA DEPARTMENT OF CORRECTIONS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–6023.   TURNER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–6025.   WELCH *v.* WOODARD ET AL.   C. A. 4th Cir. Certiorari denied.

No. 85–6028.   MARKS *v.* JOHNSON, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–6029.   SHOOK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–6030.   HOLMES *v.* HARDY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–6031.   REED *v.* MANSON, COMMISSIONER OF CORRECTIONS OF CONNECTICUT, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–6032.   NIVEN *v.* KAISER FOUNDATION HOSPITAL. C. A. 9th Cir.   Certiorari denied.

No. 85–6036.   HAASE *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 85–6040.   RICHARDS ET UX. *v.* SWINEBROAD & DENTON AUCTIONEERS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–6041.   SPENCE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–6042.   VERSE *v.* FOLTZ, REGIONAL ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS.   C. A. 6th Cir.   Certiorari denied.